IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
SEP 1 5 1999
_____ PURSUANT
TO FRCP RULES 58 & 79a

ANIBELLE ALTIERI

Plaintiff

vs                                          CIVIL 98-1628CCC

SMA LIFE ASSURANCE CO.;
ALLMERICA FINANCIAL LIFE
INSURANCE AND ANNUITY, CO.

Defendants

## JUDGMENT

Having considered the Stipulation for Dismissal With Prejudice filed by the parties (**docket entry 34**), the same is APPROVED.

Upon stipulation for dismissal by and between the parties, it is hereby ORDERED that the terms of the Settlement Agreement by and between the parties shall remain confidential and that the plaintiff shall not disclose the terms thereof to any other person or entity, except plaintiff's attorneys, accountant(s) and to the appropriate tax authorities if requested by the latter, and it is further

ORDERED that the plaintiff shall fully and immediately notify Allmerica Financial Life Insurance and Annuity Company, through Allmerica's counsel of any requirement, order of subpoena directing her to disclose any term or portion of the Settlement Agreement; and it is further

ORDERED that plaintiff shall fully and promptly give notice of the confidential nature of the Settlement Agreement and of this Order to any party, court or agency requiring her to disclose any portion or terms thereof.

RECD. SEP 15 1999   TO JUDGE

AO 72A
(Rev.8/82)

CIVIL 98-1628CCC                           2

Therefore, this case is DISMISSED, with prejudice. Each party to bear its own costs or attorney's fees.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on September 14, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

s/c: R. Vallone
R. Gonzalez
F. Latoni

SEP 15 1999

AO 72A
(Rev.8/82)